| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Delmarva Rural Ministries, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**23-2121642** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**26 Wyoming Avenue**<br>**Dover, DE**<br>ZIP Code **19904** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kent** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9     of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13  of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Delmarva Rural Ministries, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Delmarva Rural Ministries, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ Stephen W. Spence**
Signature of Attorney for Debtor(s)

**Stephen W. Spence #2033**
Printed Name of Attorney for Debtor(s)

**Phillips, Goldman & Spence, P.A.**
Firm Name

**1200 North Broom Street**
**Wilmington, DE 19806**

_____
Address

                                            **Email: sws@pgslaw.com**
**302.655.4200  Fax: 302.655.4210**
Telephone Number

**June 29, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Gregory Williams**
Signature of Authorized Individual

**Gregory Williams**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**June 29, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Delmarva Rural Ministries, Inc.**           ,       Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:

| | | |
|---|---|---|
| **1.** | **DBA** | **Kent Community Health Center** |
| **2.** | **DBA** | **James Leonard Apartments** |
| **3.** | **DBA** | **William Hughes Apartments** |
| **4.** | **DBA** | **Elizabeth Cornish Landing I Apartments** |
| **5.** | **DBA** | **Elizabeth Cornish Landing II Apartments** |

# United States Bankruptcy Court
## District of Delaware

In re   Delmarva Rural Ministries, Inc.                       Case No. _____

                                           Debtor(s)             Chapter     7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,300.00 |
| Prior to the filing of this statement I have received | $ | 4,300.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the Debtor in adversary proceedings related to dischargeability of debt or discharge of debt or other contested bankruptcy matters.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:     June 29, 2011                   /s/ Stephen W. Spence

                                               Stephen W. Spence #2033
                                               Phillips, Goldman & Spence, P.A.
                                               1200 North Broom Street
                                               Wilmington, DE 19806
                                               302.655.4200  Fax: 302.655.4210
                                               sws@pgslaw.com

# United States Bankruptcy Court
## District of Delaware

In re    Delmarva Rural Ministries, Inc.             Case No.
                                             Debtor(s)       Chapter     7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐   business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,917,913.00 | for 2007 Fiscal year ending 3/31/2008 |
| $4,108,180.00 | for 2008 Fiscal year ending 3/31/2009 |
| $4,333,953.00 | for 2009 Fiscal year ending 3/31/2010 |
| $4,062,418.14 | for 2010 Fiscal year ending 3/31/2011 |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| Check Registers will be<br>provided to Trustee | | $0.00 | $0.00 |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| Discover Community Deveopment Corporation v.<br>Demarva Rural Ministries, Inc. and the United<br>States of America<br>CA No. K10-07-061-WLW | foreclosure action | Superior Court in Kent County | Judgment<br>obtained. |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Phillips, Goldman & Spence, P.A. 1200 North Broom Street Wilmington, DE 19806 | 5/16/2011 | $4,300 |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| James Leonard Apartments | | 800 Booth Street Salisbury, MD 21801 | Migrant rental housing | 1989 to present phase 1 and 2000 to present for phase 2 |
| William Hughes Apartments | | 16075 Lankford Highway Cape Charles, VA 23310 | Migrant Rental Housing | 1999 to present |
| Elizabeth Cornish Landing I Apartments | | 100 Elizabeth Landing Road Bridgeville, DE 19933 | Migrant Rental Housing | 1995 to present |
| Elizabeth Cornish Landing II Apartments | | 100 Elizabeth Landing Road Bridgeville, DE 19933 | Migrant Rental Housing | 2005 to present |
| Kent Community Health Center | | 1095 South Bradford Street Dover, DE 19904 | low income medical services | 1/4/1997 to 6/12/2011 |

None ■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Greg Williams | 9/2010 to present |
| Maria Hackney | 9/4/2009 to present |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Whizman, Giordano & Associates, LLC<br>Attn: Joe Giordano<br>5201 West Woodmill Drive, Suite 31<br>Wilmington, DE 19808 | 2000-2011 |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Whizman, Giordano & Associates | Attn: Joe Giordano<br>5201 West Woodmill Drive, Suite 31<br>Wilmington, DE 19808 | 2000-2011 |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Debtor 26 Wyoming Avenue<br>the accounting firm that has other information is due funds and may not<br>provide all information it has. | Dover, DE 19904 |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| WSFS Bank<br>Bankruptcy Dept.<br>500 Delaware Avenue<br>Wilmington, DE 19801 | every month |
| NCALL<br>363 Saulsbury Road<br>Dover, DE 19904 | every month |

---

**20. Inventories**

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 4/2011 for Kent Community Health Center | Gail Stevens | unknown |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 4/2011 for Kent Community Health Center | Delmarva Rural Ministries, Inc.<br>26 Wyoming Avenue<br>Dover, DE 19904 |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| Lois Parker<br>101 Babb Drive<br>Lv1 Apt. 1213<br>Dover, DE 19901 | President | none, company is a non-profit. |
| Robin Hunt<br>PO Box 665<br>Felton, DE 19943 | Vice-president | none, company is a non-profit. |
| Vesta Viddy<br>332 Markham Court<br>Smyrna, DE 19977 | Secretary | none, company is a non-profit. |
| Rock Anges Hankoua Tchamko<br>255 Webbs Lane G33<br>Dover, DE 19904 | Treasurer | none, company is a non-profit. |
| Tommy Adams<br>40 Howe Drive<br>Old Mill Acres i<br>Dover, DE 19901 | Director | none, company is a non-profit. |
| Henry Simpson<br>16825 Sherbrooke Road<br>Lewes, DE 19958 | Director | none, company is a non-profit. |
| Thomas Hunt<br>PO Box 665<br>Felton, DE 19943 | Director | none, company is a non-profit. |
| Gerald Manley<br>13 Browning Circle<br>Middletown, DE 19709 | Director | none, company is a non-profit. |
| Sophia Russell<br>208 N. New Street<br>Dover, DE 19904 | Director | none, company is a non-profit. |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Greg Williams 3639 Waterwheel Square Randallstown, MD 21133     CEO | Pay for work done as chief executive officer 9/15/2010 through 6/30/2011 | $65,851.90 |

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature of
                                     Debtor _____

Date _____     Signature of
                                     Joint Debtor _____
                                        (if any)

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   June 29, 2011_____     Signature   /s/ Gregory Williams_____

                                    Gregory Williams Chief Executive Officer_____
                                    Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

.

In re    **Delmarva Rural Ministries, Inc.**              ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **office building located 26 Wyoming Avenue, Dover, DE 19901 fro m2009 appraisal** | **Fee simple** | - | **700,000.00** | **1,028,556.44** |
| **66 Unit apartment complex called James Leonard Apartments located at 800 Booth Street, Salisbury, MD 21801 (book value)** | **Fee simple** | - | **3,867,407.00** | **0.00** |
| **34 Unit apartment complex called William Hughes Apartments located at 16075 Lankford Highway, Cape Charles, VA 23310 (book value)** | **Fee simple** | - | **2,377,308.00** | **0.00** |
| **34 Unit apartment complex called Elizabeth Cornish Landing I Apartments located 100 Elizabeth Landing Road, Bridgeville, DE 19933 (book value)** | **Fee simple** | - | **1,814,112.00** | **0.00** |
| **16 Unit apartment complex called Elizabeth Cornish Landing II Apartments located 100 Elizabeth Landing Road, Bridgeville, DE 19933 (book value)** | **Fee simple** | - | **1,634,647.00** | **0.00** |

|  | Sub-Total > | **10,393,474.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **10,393,474.00** |  |

___**0**___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Delmarva Rural Ministries, Inc.** ,    Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Delmarva Rural Ministries Wachovia GOA account x8777 | - | 81,500.00 |
| | | Delmarva Rural Ministries Wachovia Payroll Account #7057 | - | 2,808.00 |
| | | Delmarva Rural Ministries Wachovia New Treasury Account #8764 | - | 62.00 |
| | | Delmarva Rural Ministries Wachovia Treasury Acccount 1886 | - | 18,772.00 |
| | | Delmarva Rural Ministries Wachovia General Operating Account 1078 | - | 544.00 |
| | | Elizabeth Cornish Landing I Wilmington Trust Operating Account 5864 | - | 40,555.00 |
| | | Elizabeth Cornish Landing I Wilmington Trust Security Deposit Account 5872 | - | 6,721.00 |
| | | Elizabeth Cornish Landing I Wilmington Trust Tax & Insurance Account 2809 | - | 4,856.00 |
| | | Elizabeth Cornish Landing I Wilmington Trust Reserve Checking Account 2817 | - | 60,667.00 |
| | | Elizabeth Cornish Landing I Wilmington Trust Reserve Money Market Account 4991 | - | 55,394.00 |
| | | Elizabeth Cornish Landing II Wilmington Trust Operating Account 4284 | - | 99,717.00 |
| | | Elizabeth Cornish Landing II Wilmington Trust Security Deposit Account 8465 | - | 1,290.00 |
| | | Elizabeth Cornish Landing II Wilmington Trust Construction Account 6279 | - | 0.00 |

Sub-Total >    372,886.00
(Total of this page)

  **4**   continuation sheets attached to the Schedule of Personal Property

In re   **Delmarva Rural Ministries, Inc.**                ,     Case No. _____
                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Elizabeth Cornish Landing II Wilmington Trust Tax & Insurance Account 4977** | - | 1.00 |
| | | **Elizabeth Cornish Landing II Wilmington Trust Reserve Checking Account 8384** | - | 138,343.00 |
| | | **James Leonard Apartments PNC Operating Account 1525** | - | 29,155.00 |
| | | **James Leonard Apartments PNC Security Deposit Account 1517** | - | 12,907.00 |
| | | **James Leonard Apartments PNC Tax & Insurance Account 4897** | - | 2,815.00 |
| | | **James Leonard Apartments PNC Reserve Checking Account 9792** | - | 9,368.00 |
| | | **James Leonard Apartments PNC Reserve Money Market Account 4926** | - | 56,333.00 |
| | | **William Hughes Apartments PNC Operating Account 3158** | - | 1,653.00 |
| | | **William Hughes Apartments PNC Security Depsit Account 3166** | - | 5,286.00 |
| | | **William Hughes Apartments PNC Tax & Insurance Account 3174** | - | 265.00 |
| | | **William Hughes Apartments Shore Bank Reserve Checking Account 5797** | - | 960.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

Sub-Total >     257,086.00
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

In re __Delmarva Rural Ministries, Inc.__ , Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 472.313448 Shares of TDS stock, value of as 3/31/2011 statement | - | 14,927.24 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Debtor believes it is uncollectible.  Information will be provided to the Trustee | - | 0.00 |
| | | Money due from US DHHS-HRSA-PHS for Prior approved Federal Grant for severance pay for employees terminated.  trakcing No. 00009885 | - | 88,477.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >     103,404.24
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re    **Delmarva Rural Ministries, Inc.**                                     ,     Case No. _____

                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Airstream Motor Home (Medical Van used to provide medical services). Book value provided as part of FFE** | - | **Unknown** |
| | | **2006 Ford F350 15 passenger van** | - | **16,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Net Book Value all FFE and supplies** | - | **105,739.91** |
| | | **computer equipment book value** | - | **91,846.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

                                          Sub-Total >       **213,585.91**
                                        (Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

In re   **Delmarva Rural Ministries, Inc.**       ,      Case No. _____
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | **medical supplies at Health Center approximate value** | **-** | **5,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **5,000.00** |
| (Total of this page) | |
| Total > | **951,962.15** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Delmarva Rural Ministries, Inc.**                   Case No. _____

                                                  **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **x#xxxxxx/x#xx8124** <br><br>**American Express Business Finance** <br>**600 Travis Street, Suite 1300** <br>**Houston, TX 77002** | | - | 4/28/2004 <br><br>**UCC filing** <br><br>**Operatory Equipment** <br><br> Value $       **Unknown** | | | | 0.00 | **Unknown** |
| Account No. **#69** <br><br>**Discover Community Development Corp.** <br>**c/o William E. Gamgort, Esquire** <br>**Young Conaway Stargatt & Taylor, LLP** <br>**1000 West Street, 17th Floor** <br>**Wilmington, DE 19801** | | - | 5/30/2006 <br><br>**mortgage and assignments of rent** <br><br>**office building located 26 Wyoming Avenue, Dover, DE 19901 fro m2009 appraisal** <br> Value $       **700,000.00** | | | | 325,500.00 | 0.00 |
| Account No. **xxxxx1642** <br><br>**IRS** <br>**Special Procedures Office** <br>**PO Box 7346** <br>**Philadelphia, PA 19101-7346** | | - | 8/17/2009 <br><br>**federal tax lien** <br><br>**office building located 26 Wyoming Avenue, Dover, DE 19901 and other assets** <br> Value $       **700,000.00** | | | | 124,885.36 | 385.36 |
| Account No. **xx-xxx1642** <br><br>**IRS** <br>**Special Procedures Office** <br>**PO Box 7346** <br>**Philadelphia, PA 19101-7346** | | - | 10/8/2009 <br><br>**federal tax lien** <br><br>**office building located 26 Wyoming Avenue, Dover, DE 19901 and other assets.** <br> Value $       **700,000.00** | | | | 201,928.84 | 201,928.84 |
|   **2**     continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 652,314.20 | 202,314.20 |

In re  **Delmarva Rural Ministries, Inc.** ,  Case No. _____
_____
                               Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx-xxx1642** | | | 12/10/2009 | | | | | |
| IRS Special Procedures Office PO Box 7346 Philadelphia, PA 19101-7346 | - | | federal tax lien office building located 26 Wyoming Avenue, Dover, DE 19901and other assets | | | | | |
| | | | Value $ 700,000.00 | | | | 126,242.24 | 126,242.24 |
| Account No. | | | 2009 | | | | | |
| NCALL 363 Saulsbury Road Dover, DE 19904 | - | | UCC filing 2000 Airstream Motor Home (Medical Van used to provide medical services). Book value provided as part of FFE | | | | | |
| | | | Value $ Unknown | | | | 281,114.00 | Unknown |
| Account No. | | | 5/31/2006 | | | | | |
| NCALL 363 Saulsbury Road Dover, DE 19904 | - | | UCC filing all FFE at 26 Wyoming Avenue, Dover DE | | | | | |
| | | | Value $ Unknown | | | | 325,000.00 | Unknown |
| Account No. | | | 8/8/1994 | | | | | |
| Rural Housing Service U.S. Dept. of Agriculture 1221 College Park Drive, Suite 200 Dover, DE 19904 | - | | UCC and mortgage Mortgage  and all FFE and bank accts. and sale proceeds for Elizabeth Landing I and II Apartments | | | | | |
| | | | Value $ Unknown | | | | 699,515.00 | Unknown |
| Account No. | | | 5/25/2000 | | | | | |
| Rural Housing Service U.S. Dept. of Agriculture 1221 College Park Drive, Suite 200 Dover, DE 19904 | - | | UCC and mortgage mortgage, all assets, FFE and bank accts. and sale proceeds for James Leonard Apartments | | | | | |
| | | | Value $ Unknown | | | | 436,983.00 | Unknown |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     1,868,854.24     126,242.24

In re    **Delmarva Rural Ministries, Inc.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 7/31/2003 | | | | | |
| **Rural Housing Service U.S. Dept. of Agriculture 1548 A Holland Road, Suite 104 Suffolk, VA 23434** | - | | **UCC and mortgage** <br><br> **mortgage all assets, FFE and bank accts. and sale proceeds for William HugHes Apartments** | | | | | |
| | | | Value $           **Unknown** | | | | **938,505.00** | **Unknown** |
| Account No. | | | 10/22/2003 | | | | | |
| **Rural Housing Service U.S. Dept. of Agriculture 1221 College Park Drive, Suite 200 Dover, DE 19904** | - | | **UCC filing** <br><br> **All assets of Elizabeth Landing Apartments II** | | | | | |
| | | | Value $           **0.00** | | | | **461,865.00** | **461,865.00** |
| Account No. | | | 9/19/2005 | | | | | |
| **Rural Housing Service U.S. Dept. of Agriculture 1221 College Park Drive, Suite 200 Dover, DE 19904** | - | | **UCC filing** <br><br> **All assets of Delmarva Rural Ministries- a fixture filing** | | | | | |
| | | | Value $           **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxxxxx-0099** | | | 11/28/2006 | | | | | |
| **WSFS Bank Bankruptcy Dept. 500 Delaware Avenue Wilmington, DE 19801** | - | | **Second Mortgage** <br><br> **office building located 26 Wyoming Avenue, Dover, DE 19901 fro m2009 appraisal** | | | | | |
| | | | Value $           **700,000.00** | | | | **250,000.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  __2__  of  __2__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **1,650,370.00** | **461,865.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **4,171,538.44** | **790,421.44** |

.

In re   __Delmarva Rural Ministries, Inc._____,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

____1_____  continuation sheets attached

In re **Delmarva Rural Ministries, Inc.**_____ ,    Case No. _____

                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx2995** | | | | | | | | | |
| **Comptroller of Maryland** Re: Delmarva Rural Ministries P.O. Box 17132 Baltimore, MD 21297-0175 | - | | | | | | 255.69 | 0.00 | 255.69 |
| Account No. **x1246** | | | | | | | | | |
| **Delaware Unemployment Tax** Re: Delmarva Rural Ministries P.O. Box 41785 Philadelphia, PA 19101-1785 | - | | | | | | 7,399.32 | 0.00 | 7,399.32 |
| Account No. **xxxx5371** | | | | | | | | | |
| **Maryland Unemployment Tax** Re: Delmarva Rural Ministries P.O. Box 17291 Baltimore, MD 21297-0365 | - | | | | | | 265.34 | 0.00 | 265.34 |
| Account No. **x-xxxxxxxx2-001** | | | | | | | | | |
| **State of Delaware** Re: Delmarva Rural Ministries P.O. Box 8995 Wilmington, DE 19899-8995 | - | | | | | | 90.05 | 0.00 | 90.05 |
| Account No. **xx-xxxxxxxxxF-001** | | | | | | | | | |
| **Virginia Department of Taxation** Re: Delmarva Rural Ministries P.O. Box 27264 Richmond, VA 23218-7264 | - | | | | | | 60.00 | 0.00 | 60.00 |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 8,070.40 | 8,070.40 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 8,070.40 | 8,070.40 |

In re   **Delmarva Rural Ministries, Inc.**                                   ,     Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx8222**<br><br>**Acxiom Information Security Services**<br>**Re: Delmarva Rural Ministries, Inc.**<br>**12445 Collections Center Drive**<br>**Chicago, IL 60693** | | - | | | | | | | 166.75 |
| Account No.<br><br>**Advantage Lawn Care**<br>**Re: William Hughes Apts**<br>**P.O. Box 3**<br>**Nelsonia, VA 23414** | | | | | | | | | 793.80 |
| Account No. **xx1846**<br><br>**Aetna**<br>**Re: Delmarva Rural Ministries, Inc.**<br>**P.O. Box 14094**<br>**Lexington, KY 40512-4079** | | - | | | | | | | 874.70 |
| Account No. **xxx3300**<br><br>**Akzo Nobel Paints LLC**<br>**Re: Elizabeth Cornish Landing I**<br>**P.O. Box 905066**<br>**Charlotte, NC 28290** | | - | | | | | | | 706.57 |

  __**18**__  continuation sheets attached

Subtotal<br>(Total of this page)         **2,541.82**

In re  **Delmarva Rural Ministries, Inc.** ,  Case No. _____
　　　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6600** | | | | | | | |
| **Akzo Nobel Paints LLC** Re: James Leonard Apts P.O. Box 905066 Charlotte, NC 28290 | - | | | | | | 706.57 |
| Account No. **x9810** | | | | | | | |
| **Allscripts** Re: Delmarva Rural Ministries, Inc. 24630 Network Place Chicago, IL 60673-1246 | - | | | | | | 182.25 |
| Account No. **xxx4400** | | | electric service for apt. unit. | | | | |
| **ANEC** Re: William Hughes Apts P.O. Box 290 Tesley, VA 23441 | - | | | | | | 21.73 |
| Account No. **xxx5900** | | | electric service for apt. unit. | | | | |
| **ANEC** Re: William Hughes Apts P.O. Box 290 Tesley, VA 23441 | - | | | | | | 20.23 |
| Account No. **xxx6000** | | | electric service for apt. unit. | | | | |
| **ANEC** Re: William Hughes Apts P.O. Box 290 Tesley, VA 23441 | - | | | | | | 84.93 |

Sheet no. __1__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal　(Total of this page)　**1,015.71**

In re   **Delmarva Rural Ministries, Inc.** _____,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2200**<br><br>**ANEC**<br>**Re: William Hughes Apts**<br>**P.O. Box 290**<br>**Tesley, VA 23441** | | - | electric service for apt. unit. | | | | 22.57 |
| Account No. **xxx4600**<br><br>**ANEC**<br>**Re: William Hughes Apts**<br>**P.O. Box 290**<br>**Tesley, VA 23441** | | - | electric service for apt. unit. | | | | 73.34 |
| Account No. **xxx9502**<br><br>**ANEC**<br>**Re: William Hughes Apts**<br>**P.O. Box 290**<br>**Tesley, VA 23441** | | - | electric service for apt. unit. | | | | 24.43 |
| Account No. **xxx1900**<br><br>**ANEC**<br>**Re: William Hughes Apts**<br>**P.O. Box 290**<br>**Tesley, VA 23441** | | - | electric service for apt. unit. | | | | 99.11 |
| Account No. **xxx5902**<br><br>**ANEC**<br>**Re: William Hughes Apts**<br>**P.O. Box 290**<br>**Tesley, VA 23441** | | - | electric service for apt. unit. | | | | 23.51 |

Sheet no. __**2**___ of __**18**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **242.96**

In re   **Delmarva Rural Ministries, Inc.**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx8300** | | | | | electric service for apt. unit. | | | | |
| ANEC Re: William Hughes Apts P.O. Box 290 Tesley, VA 23441 | | - | | | | | | | 165.98 |
| Account No. **xxx8600** | | | | | electric service for apt. unit. | | | | |
| ANEC Re: William Hughes Apts P.O. Box 290 Tesley, VA 23441 | | - | | | | | | | 104.66 |
| Account No. **xxx8800** | | | | | electric service for apt. unit. | | | | |
| ANEC Re: William Hughes Apts P.O. Box 290 Tesley, VA 23441 | | - | | | | | | | 103.21 |
| Account No. **xxx9200** | | | | | electric service for apt. unit. | | | | |
| ANEC Re: William Hughes Apts P.O. Box 290 Tesley, VA 23441 | | - | | | | | | | 60.14 |
| Account No. **xxx5700** | | | | | electric service for apt. unit. | | | | |
| ANEC Re: William Hughes Apts P.O. Box 290 Tesley, VA 23441 | | - | | | | | | | 169.89 |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

603.88

In re __Delmarva Rural Ministries, Inc.__ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx8700** | | | | | electric service for apt. unit. | | | | |
| **ANEC** Re: William Hughes Apts P.O. Box 290 Tesley, VA 23441 | | - | | | | | | | 43.37 |
| Account No. **xxx9600** | | | | | electric service for apt. unit. | | | | |
| **ANEC** Re: William Hughes Apts P.O. Box 290 Tesley, VA 23441 | | - | | | | | | | 96.92 |
| Account No. **xxx0000** | | | | | electric service for apt. unit. | | | | |
| **ANEC** Re: William Hughes Apts P.O. Box 290 Tesley, VA 23441 | | - | | | | | | | 92.90 |
| Account No. **xxx1700** | | | | | electric service for apt. unit. | | | | |
| **ANEC** Re: William Hughes Apts P.O. Box 290 Tesley, VA 23441 | | - | | | | | | | 43.72 |
| Account No. **xxx2000** | | | | | electric service for apt. unit. | | | | |
| **ANEC** Re: William Hughes Apts P.O. Box 290 Tesley, VA 23441 | | - | | | | | | | 94.31 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

371.22

In re __Delmarva Rural Ministries, Inc.__ _____,  Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3900** <br><br> **ANEC** <br> **Re: William Hughes Apts** <br> **P.O. Box 290** <br> **Tesley, VA 23441** | - | | electric service for apt. unit. | | | | 131.97 |
| Account No. **xxx5000** <br><br> **ANEC** <br> **Re: William Hughes Apts** <br> **P.O. Box 290** <br> **Tesley, VA 23441** | - | | electric service for apt. unit. | | | | 11.09 |
| Account No. **xxx7200** <br><br> **ANEC** <br> **Re: William Hughes Apts** <br> **P.O. Box 290** <br> **Tesley, VA 23441** | - | | electric service for apt. unit. | | | | 522.69 |
| Account No. **xxx0500** <br><br> **ANEC** <br> **Re: William Hughes Apts** <br> **P.O. Box 290** <br> **Tesley, VA 23441** | - | | electric service for apt. unit. | | | | 22.57 |
| Account No. **xxx0700** <br><br> **ANEC** <br> **Re: William Hughes Apts** <br> **P.O. Box 290** <br> **Tesley, VA 23441** | - | | electric service for apt. unit. | | | | 20.41 |

Sheet no. __5__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    708.73

In re **Delmarva Rural Ministries, Inc.** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx1000** | | | | electric service for apt. unit. | | | | |
| ANEC Re: William Hughes Apts P.O. Box 290 Tesley, VA 23441 | | - | | | | | | 16.39 |
| Account No. **xxxt206** | | | | | | | | |
| Anthony Lanier Re: Elizabeth Cornish Landing I 23 Elizabeth Landing Road Unit #206 Bridgeville, DE 19933 | | - | | | | | | 26.00 |
| Account No. | | | | 12/2010 unused portion of restricted use contribution/donation | | | | |
| Astra Zeneca Attn: Robert Jenkins, Tresuary Dept. 1800 Concord Pike PO Box 15437 Wilmington, DE 19850-5437 | | - | | | | | | 25,000.00 |
| Account No. **1204** | | | | | | | | |
| Atlantic Lighting & Sign, Inc. Re: Elizabeth Cornish Landing I P.O. Box 742 Fruitland, MD 21826 | | - | | | | | | 752.57 |
| Account No. **1204** | | | | | | | | |
| Atlantic Lighting & Sign, Inc. Re: Elizabeth Cornish Landing II P.O. Box 742 Fruitland, MD 21826 | | - | | | | | | 370.67 |

Sheet no. __6__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,165.63

In re __Delmarva Rural Ministries, Inc.__ _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1175** <br><br> **Atlantic Lighting & Sign, Inc.** <br> **Re: James Leonard Apts** <br> **P.O. Box 742** <br> **Fruitland, MD 21826** | - | | | | | | 280.00 |
| Account No. **1203** <br><br> **Atlantic Lighting & Sign, Inc.** <br> **Re: William Hughes Apts** <br> **P.O. Box 742** <br> **Fruitland, MD 21826** | - | | | | | | 320.00 |
| Account No. <br><br> **Atlantic Telephone** <br> **Re: Delmarva Rural Ministries, Inc.** <br> **93 Clark Street** <br> **Harrington, DE 19952-1246** | - | | | | | | 2,285.50 |
| Account No. **xxxxx-2000** <br><br> **Bayhealth Medical Center/Telecom** <br> **Re: Delmarva Rural Ministries, Inc.** <br> **640 S. State Street Prof. Ofc. Bldg.** <br> **2nd Floor** <br> **Dover, DE 19901** | - | | | | | | 825.00 |
| Account No. **xxxxxx/xxx-xxxxxx3-001** <br><br> **Canon Financial Service, Inc.** <br> **Re: Delmarva Rural Ministries, Inc.** <br> **14904 Collections Center Drive** <br> **Chicago, IL 60693-0149** | - | | contract for Canon equipment | | | | 394.01 |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,104.51

In re **Delmarva Rural Ministries, Inc.** ,     Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3212** <br><br> **Cardinal Health Pharm Di** <br> **Re: Delmarva Rural Ministries, Inc.** <br> **5958 Collections Ctr. Dr.** <br> **Chicago, IL 60693-0059** | - | | | | | | **1,488.09** |
| Account No. **xx-xxxxx-x691-1** <br><br> **Chesapeake Utilities** <br> **Re: Delmarva Rural Ministries, Inc.** <br> **P.O. Box 1678** <br> **Salisbury, MD 21802-1678** | - | | | | | | **27.30** |
| Account No. <br><br> **City of Dover** <br> **Tax Department** <br> **5 East Reed Street** <br> **Dover, DE 19901** | - | | **for informational purposes** | | | | **Unknown** |
| Account No. <br><br> **Classic Lawn Care, Inc** <br> **Re: Elizabeth Cornish Landing I** <br> **P.O. Box 2659** <br> **Salisbury, MD 21802** | - | | | | | | **586.25** |
| Account No. <br><br> **Classic Lawn Care, Inc** <br> **Re: Elizabeth Cornish Landing II** <br> **PO Box 2659** <br> **Salisbury, MD 21802** | - | | | | | | **288.75** |

Sheet no. __8__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,390.39**

In re __Delmarva Rural Ministries, Inc._____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Classic Lawn Care, Inc** **Re: James Leonard Apts** **30055 Dixon Rd** **Salisbury, MD 21802** | - | | | | | | 2,500.00 |
| Account No. **xxxxx5337** | | | | | | | |
| **Comcast** **Re: James Leonard Apts** **P.O. Box 37601** **Philadelphia, PA 19101** | - | | | | | | 95.00 |
| Account No. **x3947** | | | | | | | |
| **Commercial Maintenance Chemical Corp.** **Re: Elizabeth Cornish Landing I** **43 Heisser Ct** **Farmingdale, NY 11735** | - | | | | | | 131.17 |
| Account No. | | | | | | | |
| **Community Care Network of VA,Inc.** **Re: Delmarva Rural Ministries, Inc.** **6802 Paragon Place** **Suite 630** **Richmond, VA 23230** | - | | | | | | 704.75 |
| Account No. **xxx1954** | | | | | | | |
| **CoolerSmart USA LLC** **Re: Delmarva Rural Ministries, Inc.** **P.O. Box 513030** **Philadelphia, PA 19175-3030** | - | | | | | | 299.48 |

Sheet no. __9___ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,730.40

In re **Delmarva Rural Ministries, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **KENT** | | | | | | | | |
| Defend Re: Delmarva Rural Ministries, Inc. 80 Suffolk Court Hauppauge, NY 11788 | - | | | | | | | 589.57 |
| Account No. **x2158** | | | | | | | | |
| Delaware Electric Signal Re: Delmarva Rural Ministries, Inc. 145 S. New Street Dover, DE 19904 | - | | | | | | | 134.00 |
| Account No. **x0359** | | | | | | | | |
| Delaware Electric Signal Re: Delmarva Rural Ministries, Inc. 145 S. New Street Dover, DE 19904 | - | | | | | | | 180.00 |
| Account No. | | | | | | | | |
| Delaware Health Net, Inc. Re: Delmarva Rural Ministries, Inc. 601 New Castle Avenue Wilmington, DE 19801 | - | | | | | | | 31,255.64 |
| Account No. | | | | | | | | |
| Delmarva Rural Ministries Re: William Hughes Apts 26 Wyoming Ave. Dover, DE 19904 | - | | | | | | | 5,710.44 |

Sheet no. __10__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 37,869.65

In re    **Delmarva Rural Ministries, Inc.**                                      ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2506** | | | | | | | |
| **Ehrlich** Re: Delmarva Rural Ministries, Inc. P.O. Box 13848 Reading, PA 19612-3848 | - | | | | | | 227.70 |
| Account No. | | | | | | | |
| **Eleuterio Guerrero** Re: William Hughes Apts 16075 Lankford Hwy Cape Charles, VA 23310 | - | | | | | | 49.00 |
| Account No. **x2742** | | | copier maintenance agreement | | | | |
| **Excel Business Systems** 201 Ruthar Drive, Suite 10 Newark, DE 19711 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Ezequiel Rosado Arriaga** Re: James Leonard Apts 810 A Booth St Salisbury, MD 21801 | - | | | | | | 70.00 |
| Account No. **xxxxxx0045** | | | | | | | |
| **Guard Insurance Group** Re: Delmarva Rural Ministries, Inc. P.O. Box 62479 Baltimore, MD 21264-2479 | - | | | | | | 2,400.00 |

Sheet no. __11__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            2,746.70

In re **Delmarva Rural Ministries, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **xxx9953** <br><br> HD Supply <br> Re: William Hughes Apts <br> P.O. Box 509058 <br> San Diego, CA 92150-9058 | - | | | | | | | | | 305.34 |
| Account No. **x2445** <br><br> Henry Schein Practice Solutions <br> Re: Delmarva Rural Ministries, Inc. <br> Dept. CH 14200 <br> Palantine, IL 60055-4200 | - | | | | | | | | | 150.00 |
| Account No. **xxx2316** <br><br> Henry Schein, Inc. <br> Re: Delmarva Rural Ministries, Inc. <br> Box 371952 <br> Pittsburg, PA 19250-7952 | - | | | | | | | | | 190.03 |
| Account No. **xxx5161** <br><br> Ivans, Inc. <br> Re: Delmarva Rural Ministries, Inc. <br> P.O. Box 850001 <br> Orlando, FL 32885-0033 | - | | | | | | | | | 55.05 |
| Account No. **xx9706** <br><br> Keen Compressed Gas Co. <br> Re: Delmarva Rural Ministries, Inc. <br> P.O. Box 15151 <br> Wilmington, DE 19850-5151 | - | | | | | | | | | 159.22 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

859.64

In re  **Delmarva Rural Ministries, Inc.**                                        ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Kelley Addison** **Re: William Hughes Apts** **16075 Lankford Hwy.** **Cape Charles, VA 23310** | | | | | | | 108.00 |
| Account No. | | - | for informational purposes | | | | |
| **Kent County Dept. of Finance** **555 Bay Road** **Dover, DE 19901** | | | | | | | **Unknown** |
| Account No. **xxxxxxxxx x/xxxxxx4308** | | - | Lease for copier | | | | |
| **Key Equipment Finance** **Re: Delmarva Rural Ministries, Inc.** **P.O. Box 74713** **Cleveland, OH 44194-0796** | | | | | | | 203.13 |
| Account No. **xxx-xxx9056** | | - | | | | | |
| **Language Line Services** **Re: Delmarva Rural Ministries, Inc.** **P.O. Box 202564** **Dallas, TX 75320-2564** | | | | | | | 400.00 |
| Account No. **x1486** | | - | | | | | |
| **Locum Medical Group, LLC** **Re: Delmarva Rural Ministries, Inc.** **13792 Collections Center Drive** **Chicago, IL 60693** | | | | | | | 21,654.80 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,365.93

In re **Delmarva Rural Ministries, Inc.** ,                    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Longwood Foundation** <br> **100 West 10th Street, Suite 109** <br> **Wilmington, DE 19801** | - | | **2009** <br> **donation for capital campaign that was not completed. Refund requested.** | | | | 250,000.00 |
| Account No. <br><br> **Michael Manuel** <br> **Re: James Leonard Apts** <br> **802 D Booth St.** <br> **Salisbury, MD 21801** | - | | | | | | 43.00 |
| Account No. **xxxx0706** <br><br> **Office Depot** <br> **Re: Delmarva Rural Ministries, Inc.** <br> **P.O. Box 633211** <br> **Cincinnati, OH 45263-3211** | - | | | | | | 1,068.80 |
| Account No. **xxxxxxxxxx/xxx0772** <br><br> **Pitney Bowes - LEASE - KCHC** <br> **Re: Delmarva Rural Ministries, Inc.** <br> **P.O. Box 5151** <br> **Shelton, CT 06484-5151** | - | | **Lease for postage machine** | | | | 167.11 |
| Account No. <br><br> **Priority Management Group, Inc.** <br> **Re: Delmarva Rural Ministries, Inc.** <br> **700 School Street** <br> **Pawtucket, RI 02860** | - | | | | | | 9,143.86 |

Sheet no. __14__ of __18__ sheets attached to Schedule of          Subtotal          | 260,422.77 |
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

In re **Delmarva Rural Ministries, Inc.** ,                Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx2068**<br><br>**PSS World Medical, Inc.**<br>**Re: Delmarva Rural Ministries, Inc.**<br>**1950 Ruffin Mill Road**<br>**Colonial Heights, VA 23834-5913** | - | | | | | | | 751.41 |
| Account No. **xxxx-xxxx-xxxx-7917**<br><br>**Purchase Power**<br>**Re: Delmarva Rural Ministries, Inc.**<br>**P.O. Box 371874**<br>**Pittsburg, PA 15250-7874** | - | | | | | | | 1,272.13 |
| Account No. **xxxt208**<br><br>**Randy Simmons**<br>**Re: Elizabeth Cornish Landing I**<br>**23 Elizabeth Landing Road**<br>**Unit #208**<br>**Bridgeville, DE 19933** | - | | | | | | | 26.00 |
| Account No. **5307**<br><br>**Roto-Rooter**<br>**Re: Elizabeth Cornish Landing I**<br>**P.O. Box 559**<br>**Easton, MD 21601** | - | | | | | | | 375.00 |
| Account No. **5307**<br><br>**Roto-Rooter**<br>**Re: James Leonard Apts**<br>**P.O. Box 559**<br>**Easton, MD 21601** | - | | | | | | | 281.25 |

Sheet no. __15__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,705.79

In re   **Delmarva Rural Ministries, Inc.**                   ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5271**<br><br>**Scott Rice Termite & Pest Control**<br>**Re: James Leonard Apts**<br>**306 Tilghman Road**<br>**Salisbury, MD 21804** | - | | | | | | 2,285.00 |
| Account No. **xx-xxx-x555-7**<br><br>**Shell Fleet**<br>**Re: Delmarva Rural Ministries, Inc.**<br>**P.O. Box 689010**<br>**Des Moines, IA 50368-9010** | - | | | | | | 656.59 |
| Account No. **xx9486**<br><br>**SMS**<br>**Re: Delmarva Rural Ministries, Inc.**<br>**P.O. Box 71963**<br>**Madison Heights, MI 48071-9807** | - | | | | | | 235.00 |
| Account No.<br><br>**Somerset County Maryland**<br>**Dept. of Treasury**<br>**30513 Prince William Street**<br>**PO Box 309**<br>**Princess Anne, MD 21853** | - | | for informational purposes | | | | Unknown |
| Account No. **xx2240**<br><br>**State Janitorial Supply Co.**<br>**Re: Delmarva Rural Ministries, Inc.**<br>**24 Maggies Way**<br>**Dover, DE 19901** | - | | | | | | 285.50 |

Sheet no. __**16**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal
                             (Total of this page)     **3,462.09**

In re   **Delmarva Rural Ministries, Inc.**         ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **SUNRX** Re: Delmarva Rural Ministries, Inc. 3260 Tillman Drive Bensalem, PA 19020 | - | | | | | | **274.80** |
| Account No. **Sussex County Property Tax** 2 the Circle, 2nd Floor PO Box 429 Georgetown, DE 19947 | - | | notification purposes only | | | | **Unknown** |
| Account No. **Technical Solutions** Re: Elizabeth Cornish Landing II 8804 Westville Road Wyoming, DE 19934 | - | | | | | | **1,749.00** |
| Account No. **Terri Jackson** Re: James Leonard Apts 818 D2 Booth St. Salisbury, MD 21801 | - | | | | | | **14.00** |
| Account No. **The Danter Company** Re: James Leonard Apts 363 East Town Street Columbus, OH 43215 | - | | | | | | **1,750.00** |

Sheet no. __17__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **3,787.80**

In re   **Delmarva Rural Ministries, Inc.** _____,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**The Local Book** <br>**Re: James Leonard Apts** <br>**701 E.Naylor Mill Rd** <br>**Suite J** <br>**Salisbury, MD 21804** | - | | | | | | **376.00** |
| Account No. <br><br>**Town of Cape Charles** <br>**2 Plum Street** <br>**Cape Charles, VA 23310** | - | | **for informational purposes** | | | | **Unknown** |
| Account No. **xxY854** <br><br>**UPS** <br>**Re: Delmarva Rural Ministries, Inc.** <br>**P.O. Box 7247-0244** <br>**Philadelphia, PA 19170-0001** | - | | | | | | **25.43** |
| Account No. **xxxxxxxxx-x0008** <br><br>**Verizon Wireless** <br>**Re: Delmarva Rural Ministries, Inc.** <br>**P.O. Box 25505** <br>**Lehigh Valley, PA 18002-5505** | - | | | | | | **125.14** |
| Account No. <br><br>**Whisman, Giordano & Assoc, LLC.** <br>**Re: Delmarva Rural Ministries, Inc.** <br>**5201 W. Woodmill Drive** <br>**Suite 31** <br>**Wilmington, DE 19808** | - | | | | | | **4,320.00** |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **4,846.57** |
| Total (Report on Summary of Schedules) | | **380,942.19** |

In re    **Delmarva Rural Ministries, Inc.**                                    ,    Case No. _____

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bayshore Records Management**<br>**300 Pencader Drive**<br>**Newark, DE 19702** | **contract for record storage** |
| **Bayshore Records Management**<br>**300 Pencader Drive**<br>**Newark, DE 19702** | **contract for records retention/destruction** |
| **Bibi Omar, MD**<br>**513 Bradley Court**<br>**Mount Laurel, NJ 08054** | **employment contract** |
| **Bradford Street, LLC**<br>**1063 Olin Dill Road**<br>**Viola, DE 19979** | **lease for non-residential real property located at 1063 South Bradford Street, Dover, DE 19904 (medical care facility)** |
| **Cabell Corporation**<br>**410 Market Street**<br>**PO Box 499**<br>**Denton, MD 21629** | **Housing Managment Plan and Housing Management Agreement for migrant housing known as James E. Leonard Apartments located in Salibury, MD** |
| **Cabell Corporation**<br>**410 Market Street**<br>**PO Box 499**<br>**Denton, MD 21629** | **Housing Managment Plan and Housing Management Agreement for migrant housing known as Elizabeth Landing Apartments located in Bridgeville, DE** |
| **Cabell Corporation**<br>**410 Market Street**<br>**PO Box 499**<br>**Denton, MD 21629** | **Housing Managment Plan and Housing Management Agreement for migrant housing known as Elizabeth Landing II Apartments located in Bridgeville, DE** |
| **Cabell Corporation**<br>**410 Market Street**<br>**PO Box 499**<br>**Denton, MD 21629** | **Housing Managment Plan and Housing Management Agreement for migrant housing known as William Hughes Apartments located in Cape Charles, VA** |
| **Colleen Allorto, DO, FAAP, FACOP**<br>**37 Waterwheel Circle**<br>**Dover, DE 19901** | **employment contract** |
| **Delaware Health Net**<br>**601 New Castle Avenue**<br>**Wilmington, DE 19801** | **contract for Medical and Dental EMR Records Delivery** |
| **Dennis J. Kondash, DO**<br>**100 Laurle Street**<br>**Rehoboth Beach, DE 19971** | **employment contract** |

**1**

\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Delmarva Rural Ministries, Inc.**                                    ,    Case No. _____

                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Excel Business Systems**<br>**201 Ruthar Drive, Suite 10**<br>**Newark, DE 19711** | **contract for copier maintenance** |
| **Gregory Williams**<br>**3639 Waterwheel Square**<br>**Randallstown, MD 21133** | **employment agreement through 6/30/2011** |
| **Key Equipment Finance**<br>**Re: Delmarva Rural Ministries, Inc.**<br>**P.O. Box 74713**<br>**Cleveland, OH 44194-0796** | **Lease for copier** |
| **Maria Hackney**<br>**514 Equitration Lane**<br>**Felton, DE 19943** | **employment agreement through 6/30/2011** |
| **Pitney Bowes - LEASE - KCHC**<br>**Re: Delmarva Rural Ministries, Inc.**<br>**P.O. Box 5151**<br>**Shelton, CT 06484-5151** | **Lease for postage machine** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Delmarva Rural Ministries, Inc.**          ,     Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## District of Delaware

In re    **Delmarva Rural Ministries, Inc.** _____ ,

                                 Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 10,393,474.00 | | |
| B - Personal Property | Yes | 5 | 951,962.15 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 4,171,538.44 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 8,070.40 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 380,942.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| | Total Assets | | 11,345,436.15 | | |
| | | Total Liabilities | | 4,560,551.03 | |

# United States Bankruptcy Court

### District of Delaware

In re    **Delmarva Rural Ministries, Inc.**                                                ,    Case No. _____

_____ Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

# United States Bankruptcy Court
## District of Delaware

In re   Delmarva Rural Ministries, Inc.            Case No. _____

                                           Debtor(s)        Chapter     7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __35__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   June 29, 2011                      Signature    /s/ Gregory Williams

                                                         Gregory Williams

                                                          Chief Executive Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re    Delmarva Rural Ministries, Inc.                        Case No. _____

                                        Debtor(s)          Chapter      7

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Astra Zeneca<br>Attn: Robert Jenkins, Tresuary Dept.<br>1800 Concord Pike<br>PO Box 15437<br>Wilmington, DE 19850-5437 | Astra Zeneca<br>Attn: Robert Jenkins, Tresuary Dept.<br>1800 Concord Pike<br>Wilmington, DE 19850-5437 | unused portion of restricted use contribution/donation | | 25,000.00 |
| Atlantic Telephone<br>Re: Delmarva Rural Ministries, Inc.<br>93 Clark Street<br>Harrington, DE 19952-1246 | Atlantic Telephone<br>Re: Delmarva Rural Ministries, Inc.<br>93 Clark Street<br>Harrington, DE 19952-1246 | | | 2,285.50 |
| Cardinal Health Pharm Di<br>Re: Delmarva Rural Ministries, Inc.<br>5958 Collections Ctr. Dr.<br>Chicago, IL 60693-0059 | Cardinal Health Pharm Di<br>Re: Delmarva Rural Ministries, Inc.<br>5958 Collections Ctr. Dr.<br>Chicago, IL 60693-0059 | | | 1,488.09 |
| Classic Lawn Care, Inc<br>Re: James Leonard Apts<br>30055 Dixon Rd<br>Salisbury, MD 21802 | Classic Lawn Care, Inc<br>Re: James Leonard Apts<br>30055 Dixon Rd<br>Salisbury, MD 21802 | | | 2,500.00 |
| Delaware Health Net, Inc.<br>Re: Delmarva Rural Ministries, Inc.<br>601 New Castle Avenue<br>Wilmington, DE 19801 | Delaware Health Net, Inc.<br>Re: Delmarva Rural Ministries, Inc.<br>601 New Castle Avenue<br>Wilmington, DE 19801 | | | 31,255.64 |
| Delaware Unemployment Tax<br>Re: Delmarva Rural Ministries<br>P.O. Box 41785<br>Philadelphia, PA 19101-1785 | Delaware Unemployment Tax<br>Re: Delmarva Rural Ministries<br>P.O. Box 41785<br>Philadelphia, PA 19101-1785 | | | 7,399.32 |
| Delmarva Rural Ministries<br>Re: William Hughes Apts<br>26 Wyoming Ave.<br>Dover, DE 19904 | Delmarva Rural Ministries<br>Re: William Hughes Apts<br>26 Wyoming Ave.<br>Dover, DE 19904 | | | 5,710.44 |

In re    Delmarva Rural Ministries, Inc.                                                    Case No. _____

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Guard Insurance Group<br>Re: Delmarva Rural Ministries, Inc.<br>P.O. Box 62479<br>Baltimore, MD 21264-2479 | Guard Insurance Group<br>Re: Delmarva Rural Ministries, Inc.<br>P.O. Box 62479<br>Baltimore, MD 21264-2479 | | | 2,400.00 |
| IRS<br>Special Procedures Office<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | IRS<br>Special Procedures Office<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | office building located 26 Wyoming Avenue, Dover, DE 19901 and other assets. | | 201,928.84<br>(700,000.00 secured)<br>(700,385.36 senior lien) |
| IRS<br>Special Procedures Office<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | IRS<br>Special Procedures Office<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | office building located 26 Wyoming Avenue, Dover, DE 19901and other assets | | 126,242.24<br>(700,000.00 secured)<br>(902,314.20 senior lien) |
| Locum Medical Group, LLC<br>Re: Delmarva Rural Ministries, Inc.<br>13792 Collections Center Drive<br>Chicago, IL 60693 | Locum Medical Group, LLC<br>Re: Delmarva Rural Ministries, Inc.<br>13792 Collections Center Drive<br>Chicago, IL 60693 | | | 21,654.80 |
| Longwood Foundation<br>100 West 10th Street, Suite 109<br>Wilmington, DE 19801 | Longwood Foundation<br>100 West 10th Street, Suite 109<br>Wilmington, DE 19801 | donation for capital campaign that was not completed. Refund requested. | | 250,000.00 |
| Office Depot<br>Re: Delmarva Rural Ministries, Inc.<br>P.O. Box 633211<br>Cincinnati, OH 45263-3211 | Office Depot<br>Re: Delmarva Rural Ministries, Inc.<br>P.O. Box 633211<br>Cincinnati, OH 45263-3211 | | | 1,068.80 |
| Priority Management Group, Inc.<br>Re: Delmarva Rural Ministries, Inc.<br>700 School Street<br>Pawtucket, RI 02860 | Priority Management Group, Inc.<br>Re: Delmarva Rural Ministries, Inc.<br>700 School Street<br>Pawtucket, RI 02860 | | | 9,143.86 |
| Purchase Power<br>Re: Delmarva Rural Ministries, Inc.<br>P.O. Box 371874<br>Pittsburg, PA 15250-7874 | Purchase Power<br>Re: Delmarva Rural Ministries, Inc.<br>P.O. Box 371874<br>Pittsburg, PA 15250-7874 | | | 1,272.13 |
| Rural Housing Service<br>U.S. Dept. of Agriculture<br>1221 College Park Drive, Suite 200<br>Dover, DE 19904 | Rural Housing Service<br>U.S. Dept. of Agriculture<br>1221 College Park Drive, Suite 200<br>Dover, DE 19904 | All assets of Elizabeth Landing Apartments II | | 461,865.00<br><br>(0.00 secured) |

In re  Delmarva Rural Ministries, Inc.     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Scott Rice Termite & Pest Control<br>Re: James Leonard Apts<br>306 Tilghman Road<br>Salisbury, MD 21804 | Scott Rice Termite & Pest Control<br>Re: James Leonard Apts<br>306 Tilghman Road<br>Salisbury, MD 21804 | | | 2,285.00 |
| Technical Solutions<br>Re: Elizabeth Cornish Landing II<br>8804 Westville Road<br>Wyoming, DE 19934 | Technical Solutions<br>Re: Elizabeth Cornish Landing II<br>8804 Westville Road<br>Wyoming, DE 19934 | | | 1,749.00 |
| The Danter Company<br>Re: James Leonard Apts<br>363 East Town Street<br>Columbus, OH 43215 | The Danter Company<br>Re: James Leonard Apts<br>363 East Town Street<br>Columbus, OH 43215 | | | 1,750.00 |
| Whisman, Giordano & Assoc, LLC.<br>Re: Delmarva Rural Ministries, Inc.<br>5201 W. Woodmill Drive<br>Suite 31<br>Wilmington, DE 19808 | Whisman, Giordano & Assoc, LLC.<br>Re: Delmarva Rural Ministries, Inc.<br>5201 W. Woodmill Drive<br>Wilmington, DE 19808 | | | 4,320.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date June 29, 2011     Signature /s/ Gregory Williams
                   Gregory Williams
                   Chief Executive Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re   Delmarva Rural Ministries, Inc.           Case No.

                                Debtor(s)        Chapter     7

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     June 29, 2011                  /s/ Gregory Williams

                                          Gregory Williams/Chief Executive Officer
                                          Signer/Title

DELMARVA RURAL MINISTRIES, INC.
26 WYOMING AVENUE
DOVER, DE 19904

STEPHEN W. SPENCE
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 NORTH BROOM STREET
WILMINGTON, DE 19806

ACXIOM INFORMATION SECURITY SERVICES
RE: DELMARVA RURAL MINISTRIES, INC.
12445 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

ADVANTAGE LAWN CARE
RE: WILLIAM HUGHES APTS
P.O. BOX 3
NELSONIA, VA 23414

AETNA
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 14094
LEXINGTON, KY 40512-4079

AKZO NOBEL PAINTS LLC
RE: ELIZABETH CORNISH LANDING I
P.O. BOX 905066
CHARLOTTE, NC 28290

AKZO NOBEL PAINTS LLC
RE: JAMES LEONARD APTS
P.O. BOX 905066
CHARLOTTE, NC 28290

ALLSCRIPTS
RE: DELMARVA RURAL MINISTRIES, INC.
24630 NETWORK PLACE
CHICAGO, IL 60673-1246

AMERICAN EXPRESS BUSINESS FINANCE
600 TRAVIS STREET, SUITE 1300
HOUSTON, TX 77002

ANEC
RE: WILLIAM HUGHES APTS
P.O. BOX 290
TESLEY, VA 23441

ANTHONY LANIER
RE: ELIZABETH CORNISH LANDING I
23 ELIZABETH LANDING ROAD
UNIT #206
BRIDGEVILLE, DE 19933

```
ASTRA ZENECA
ATTN: ROBERT JENKINS, TRESUARY DEPT.
1800 CONCORD PIKE
PO BOX 15437
WILMINGTON, DE 19850-5437

ATLANTIC LIGHTING & SIGN, INC.
RE: ELIZABETH CORNISH LANDING I
P.O. BOX 742
FRUITLAND, MD 21826

ATLANTIC LIGHTING & SIGN, INC.
RE: ELIZABETH CORNISH LANDING II
P.O. BOX 742
FRUITLAND, MD 21826

ATLANTIC LIGHTING & SIGN, INC.
RE: JAMES LEONARD APTS
P.O. BOX 742
FRUITLAND, MD 21826

ATLANTIC LIGHTING & SIGN, INC.
RE: WILLIAM HUGHES APTS
P.O. BOX 742
FRUITLAND, MD 21826

ATLANTIC TELEPHONE
RE: DELMARVA RURAL MINISTRIES, INC.
93 CLARK STREET
HARRINGTON, DE 19952-1246

BAYHEALTH MEDICAL CENTER/TELECOM
RE: DELMARVA RURAL MINISTRIES, INC.
640 S. STATE STREET PROF. OFC. BLDG.
2ND FLOOR
DOVER, DE 19901

BAYSHORE RECORDS MANAGEMENT
300 PENCADER DRIVE
NEWARK, DE 19702

BIBI OMAR, MD
513 BRADLEY COURT
MOUNT LAUREL, NJ 08054

BRADFORD STREET, LLC
1063 OLIN DILL ROAD
VIOLA, DE 19979

CABELL CORPORATION
410 MARKET STREET
PO BOX 499
DENTON, MD 21629
```

CANON FINANCIAL SERVICE, INC.
RE: DELMARVA RURAL MINISTRIES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

CARDINAL HEALTH PHARM DI
RE: DELMARVA RURAL MINISTRIES, INC.
5958 COLLECTIONS CTR. DR.
CHICAGO, IL 60693-0059

CHESAPEAKE UTILITIES
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 1678
SALISBURY, MD 21802-1678

CITY OF DOVER
TAX DEPARTMENT
5 EAST REED STREET
DOVER, DE 19901

CLASSIC LAWN CARE, INC
RE: ELIZABETH CORNISH LANDING I
P.O. BOX 2659
SALISBURY, MD 21802

CLASSIC LAWN CARE, INC
RE: ELIZABETH CORNISH LANDING II
PO BOX 2659
SALISBURY, MD 21802

CLASSIC LAWN CARE, INC
RE: JAMES LEONARD APTS
30055 DIXON RD
SALISBURY, MD 21802

COLLEEN ALLORTO, DO, FAAP, FACOP
37 WATERWHEEL CIRCLE
DOVER, DE 19901

COMCAST
RE: JAMES LEONARD APTS
P.O. BOX 37601
PHILADELPHIA, PA 19101

COMMERCIAL MAINTENANCE CHEMICAL CORP.
RE: ELIZABETH CORNISH LANDING I
43 HEISSER CT
FARMINGDALE, NY 11735

COMMUNITY CARE NETWORK OF VA, INC.
RE: DELMARVA RURAL MINISTRIES, INC.
6802 PARAGON PLACE
SUITE 630
RICHMOND, VA 23230

```
COMPTROLLER OF MARYLAND
RE: DELMARVA RURAL MINISTRIES
P.O. BOX 17132
BALTIMORE, MD 21297-0175

COOLERSMART USA LLC
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 513030
PHILADELPHIA, PA 19175-3030

DEFEND
RE: DELMARVA RURAL MINISTRIES, INC.
80 SUFFOLK COURT
HAUPPAUGE, NY 11788

DELAWARE ELECTRIC SIGNAL
RE: DELMARVA RURAL MINISTRIES, INC.
145 S. NEW STREET
DOVER, DE 19904

DELAWARE HEALTH NET
601 NEW CASTLE AVENUE
WILMINGTON, DE 19801

DELAWARE HEALTH NET, INC.
RE: DELMARVA RURAL MINISTRIES, INC.
601 NEW CASTLE AVENUE
WILMINGTON, DE 19801

DELAWARE UNEMPLOYMENT TAX
RE: DELMARVA RURAL MINISTRIES
P.O. BOX 41785
PHILADELPHIA, PA 19101-1785

DELMARVA RURAL MINISTRIES
RE: WILLIAM HUGHES APTS
26 WYOMING AVE.
DOVER, DE 19904

DENNIS J. KONDASH, DO
100 LAURLE STREET
REHOBOTH BEACH, DE 19971

DISCOVER COMMUNITY DEVELOPMENT CORP.
C/O WILLIAM E. GAMGORT, ESQUIRE
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DE 19801

EHRLICH
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 13848
READING, PA 19612-3848
```

ELEUTERIO GUERRERO
RE: WILLIAM HUGHES APTS
16075 LANKFORD HWY
CAPE CHARLES, VA 23310

EXCEL BUSINESS SYSTEMS
201 RUTHAR DRIVE, SUITE 10
NEWARK, DE 19711

EZEQUIEL ROSADO ARRIAGA
RE: JAMES LEONARD APTS
810 A BOOTH ST
SALISBURY, MD 21801

GREGORY WILLIAMS
3639 WATERWHEEL SQUARE
RANDALLSTOWN, MD 21133

GUARD INSURANCE GROUP
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 62479
BALTIMORE, MD 21264-2479

HD SUPPLY
RE: WILLIAM HUGHES APTS
P.O. BOX 509058
SAN DIEGO, CA 92150-9058

HENRY SCHEIN PRACTICE SOLUTIONS
RE: DELMARVA RURAL MINISTRIES, INC.
DEPT. CH 14200
PALANTINE, IL 60055-4200

HENRY SCHEIN, INC.
RE: DELMARVA RURAL MINISTRIES, INC.
BOX 371952
PITTSBURG, PA 19250-7952

IRS
SPECIAL PROCEDURES OFFICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IVANS, INC.
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 850001
ORLANDO, FL 32885-0033

KEEN COMPRESSED GAS CO.
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 15151
WILMINGTON, DE 19850-5151

KELLEY ADDISON
RE: WILLIAM HUGHES APTS
16075 LANKFORD HWY.
CAPE CHARLES, VA 23310

KENT COUNTY DEPT. OF FINANCE
555 BAY ROAD
DOVER, DE 19901

KEY EQUIPMENT FINANCE
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 74713
CLEVELAND, OH 44194-0796

LANGUAGE LINE SERVICES
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 202564
DALLAS, TX 75320-2564

LOCUM MEDICAL GROUP, LLC
RE: DELMARVA RURAL MINISTRIES, INC.
13792 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

LONGWOOD FOUNDATION
100 WEST 10TH STREET, SUITE 109
WILMINGTON, DE 19801

MARIA HACKNEY
514 EQUITRATION LANE
FELTON, DE 19943

MARYLAND UNEMPLOYMENT TAX
RE: DELMARVA RURAL MINISTRIES
P.O. BOX 17291
BALTIMORE, MD 21297-0365

MICHAEL MANUEL
RE: JAMES LEONARD APTS
802 D BOOTH ST.
SALISBURY, MD 21801

MS. DEBBIE WAY
IRS
300 SOUTH NEW STREET, ROOM 1103
DOVER, DE 19904

NATIONAL COUNSEL ON AGRICULTURAL LIFE
& LABOR RESEARCH FUND, INC.
363 SAULSBURY ROAD
DOVER, DE 19904

NCALL
363 SAULSBURY ROAD
DOVER, DE 19904

OFFICE DEPOT
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 633211
CINCINNATI, OH 45263-3211

PITNEY BOWES - LEASE - KCHC
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 5151
SHELTON, CT 06484-5151

PRIORITY MANAGEMENT GROUP, INC.
RE: DELMARVA RURAL MINISTRIES, INC.
700 SCHOOL STREET
PAWTUCKET, RI 02860

PSS WORLD MEDICAL, INC.
RE: DELMARVA RURAL MINISTRIES, INC.
1950 RUFFIN MILL ROAD
COLONIAL HEIGHTS, VA 23834-5913

PURCHASE POWER
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 371874
PITTSBURG, PA 15250-7874

RANDY SIMMONS
RE: ELIZABETH CORNISH LANDING I
23 ELIZABETH LANDING ROAD
UNIT #208
BRIDGEVILLE, DE 19933

ROTO-ROOTER
RE: ELIZABETH CORNISH LANDING I
P.O. BOX 559
EASTON, MD 21601

ROTO-ROOTER
RE: JAMES LEONARD APTS
P.O. BOX 559
EASTON, MD 21601

RURAL HOUSING SERVICE
U.S. DEPT. OF AGRICULTURE
1221 COLLEGE PARK DRIVE, SUITE 200
DOVER, DE 19904

RURAL HOUSING SERVICE
U.S. DEPT. OF AGRICULTURE
1548 A HOLLAND ROAD, SUITE 104
SUFFOLK, VA 23434

SCOTT RICE TERMITE & PEST CONTROL
RE: JAMES LEONARD APTS
306 TILGHMAN ROAD
SALISBURY, MD 21804

```
SHELL FLEET
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 689010
DES MOINES, IA 50368-9010

SMS
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 71963
MADISON HEIGHTS, MI 48071-9807

SOMERSET COUNTY MARYLAND
DEPT. OF TREASURY
30513 PRINCE WILLIAM STREET
PO BOX 309
PRINCESS ANNE, MD 21853

STATE JANITORIAL SUPPLY CO.
RE: DELMARVA RURAL MINISTRIES, INC.
24 MAGGIES WAY
DOVER, DE 19901

STATE OF DELAWARE
RE: DELMARVA RURAL MINISTRIES
P.O. BOX 8995
WILMINGTON, DE 19899-8995

SUNRX
RE: DELMARVA RURAL MINISTRIES, INC.
3260 TILLMAN DRIVE
BENSALEM, PA 19020

SUSSEX COUNTY PROPERTY TAX
2 THE CIRCLE, 2ND FLOOR
PO BOX 429
GEORGETOWN, DE 19947

TECHNICAL SOLUTIONS
RE: ELIZABETH CORNISH LANDING II
8804 WESTVILLE ROAD
WYOMING, DE 19934

TERRI JACKSON
RE: JAMES LEONARD APTS
818 D2 BOOTH ST.
SALISBURY, MD 21801

THE DANTER COMPANY
RE: JAMES LEONARD APTS
363 EAST TOWN STREET
COLUMBUS, OH 43215
```

THE LOCAL BOOK
RE: JAMES LEONARD APTS
701 E.NAYLOR MILL RD
SUITE J
SALISBURY, MD 21804

TOWN OF CAPE CHARLES
2 PLUM STREET
CAPE CHARLES, VA 23310

UPS
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001

VERIZON WIRELESS
RE: DELMARVA RURAL MINISTRIES, INC.
P.O. BOX 25505
LEHIGH VALLEY, PA 18002-5505

VIRGINIA DEPARTMENT OF TAXATION
RE: DELMARVA RURAL MINISTRIES
P.O. BOX 27264
RICHMOND, VA 23218-7264

WHISMAN, GIORDANO & ASSOC, LLC.
RE: DELMARVA RURAL MINISTRIES, INC.
5201 W. WOODMILL DRIVE
SUITE 31
WILMINGTON, DE 19808

WSFS BANK
BANKRUPTCY DEPT.
500 DELAWARE AVENUE
WILMINGTON, DE 19801

# United States Bankruptcy Court
## District of Delaware

In re    Delmarva Rural Ministries, Inc.           Case No.                 

                           Debtor(s)          Chapter     7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Delmarva Rural Ministries, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| June 29, 2011 | /s/ Stephen W. Spence |
| Date | Stephen W. Spence #2033 |
| | Signature of Attorney or Litigant |
| | Counsel for   Delmarva Rural Ministries, Inc. |
| | Phillips, Goldman & Spence, P.A. |
| | 1200 North Broom Street |
| | Wilmington, DE 19806 |
| | 302.655.4200 Fax:302.655.4210 |
| | sws@pgslaw.com |